FILED

02/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0052

IN THE SUPREME COURT OF THE STATE OF MONTANA
OP 24-0052

MONTANANS SECURING REPRODUCTIVE RIGHTS and SAMUEL
DICKMAN, M.D.,

*Petitioners,*

v.

AUSTIN KNUDSEN, in his official capacity as MONTANA ATTORNEY
GENERAL; and CHRISTI JACOBSEN, in her official capacity as MONTANA
SECRETARY OF STATE,

*Respondents.*

## PROPOSED ORDER GRANTING LEAVE TO APPEAR AS *AMICI CURIAE*

Upon Motion of the American Center for Law and Justice ("ACLJ"), Susan
B. Anthony Pro-Life America ("SBA"), and the Montana Family Foundation
("MFF") for leave to participate as amici curiae in this matter, and good cause
appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. ACLJ, SBA, and
MFF shall file their amici curiae brief on or before February 9, 2024.

The Clerk is directed to provide copies of this Order to all counsel of record
in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 5 2024